**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | **CRIMINAL NO. EP-20-CR-0809-KC** |
| v. § | |
| § | |
| **MONICA ELENA MENDEZ,** § | |
| § | |
| Defendant. § | |

**UNITED STATES' MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT**

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the original Indictment, without prejudice, against Defendant **MONICA ELENA MENDEZ**.

DATED:  October 22, 2020                                Respectfully submitted,

                                                                                GREGG N. SOFER
                                                                                United States Attorney

                                                        By:             /s/
                                                                                JOHN S. JOHNSTON
                                                                                Assistant U.S. Attorney
                                                                                New Mexico Bar #23391
                                                                                700 E. San Antonio, Suite 200
                                                                                El Paso, Texas   79901
                                                                                (915) 534-6884

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

___/s/_____
JOHN S. JOHNSTON
AUSA

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § | |
| **Plaintiff,** § § | **CRIMINAL NO. EP-20-CR-0809-KC** |
| v. § § | |
| **MONICA ELENA MENDEZ,** § § | |
| **Defendant.** § | |

**ORDER GRANTING MOTION TO DISMISS INDICTMENT**

On this date came to be considered United States' Motion to Dismiss the Indictment in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment filed on March 11, 2020, and the Superseding Indictment filed on August 12, 2020 regarding Defendant, **MONICA ELENA MENDEZ** be dismissed, without prejudice.

SIGNED this _____ day of _____, 2020.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE